UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**MARCHA JOHNSON**,<br><br>Defendant. | **Crim. Action No. 01 - 251 (CKK)** |

**ORDER**

This matter comes before the Court upon the receipt of a Report and Recommendation dated July 10, 2006, from Magistrate Judge John Facciola, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this __18th__ day of September, 2006,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that the supervised release is revoked; and it is

**FURTHER ORDERED** that the case has scheduled for Re-sentencing on September 19, 2006, at 11:30 a.m. in Courtroom 28A, 6th Floor of the Annex.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge